MICHAEL GERITY, BAR NO. 015750
ISRAEL & GERITY, PLLC
3300 NORTH CENTRAL AVENUE, SUITE 2000
PHOENIX, ARIZONA 85012
TELEPHONE: (602) 274-4400
FACSIMILE: (602) 274-4401
MGERITY@IG-LAW.COM

ATTORNEYS FOR PLAINTIFF BREAKING GLASS PICTURES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Breaking Glass Pictures, LLC, a Pennsylvania Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Does 1-117, and Black and White Companies 1-117,<br><br>Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |
|---|---|

This Corporate Disclosure Statement is filed on behalf of Breaking Glass Pictures, LLC, in compliance with the provisions of: *(check one)*

__x__    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publically held corporation that owns 10% or more of its stock or states that there is no such corporation.

____    Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party of a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__x__   No such corporation exists.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Relationship: _____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *(List identify of corporation and the nature of financial interest.)(Attach additional pages if needed.)*

_____ Relationship: _____

____   Other   *(Please explain.)*

_____
_____
_____

A supplemental disclosure statement will be filed upon any change in the information provided.

RESPECTFULLY SUBMITTED this 22nd day of March 2013.

ISRAEL & GERITY, PLLC


By: /s/ Michael Gerity
Michael Gerity
Israel & Gerity, PLLC
3300 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

Attorneys for Plaintiff Breaking Glass Pictures, LLC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March 2013, I electronically transmitted Plaintiff's Corporate Disclosure Statement using the CM/ECF system for filing. There are no CM/ECF registrants at this time.

DATED this 22nd day of March 2013.

ISRAEL & GERITY, PLLC


By: /s/Michael Gerity
Michael Gerity
3300 North Central Avenue
Suite 2000
Phoenix, Arizona 85012