IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Breaking Glass Pictures, LLC, a Pennsylvania Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Chaparral Suites Hotel, et al.,<br><br>Defendants. | No. CV-13-00599-PHX-GMS<br><br>**ORDER** |

This action commenced on March 22, 2013. On November 20, 2013, the Court granted an extension of time for service of the Summons and Complaint, to and including, February 16, 2014 (Doc. 23). As of this date, proof of service pursuant to Fed. R. Civ. P. 4(l) has not yet been filed. Accordingly,

**IT IS HEREBY ORDERED** that all Defendants, except Jade Torres, will be **dismissed 7 days** from the date of this Order if Plaintiff fails to show good cause before that date its failure to serve the Summons and Complaint.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** all Defendants, except Jade Torres, **7 days** from the date of this Order if Plaintiff fails to respond to this Order within the time stated, and without further notice.

Dated this 24th day of February, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge